# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE MASCARENAS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF SANTA MARIA, ALONSO CURIEL, THOMAS JORDE, SHEFFER FAMILY TRUST, GEARY SHEFFER, HYON SHEFFER, SALVADOR GUERRA, RYAN ZIERMAN, CHRIS GREEN, JEFFREY LOPEZ, MARC SCHNEIDER, and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No.: CV 15-5308 DMG (FFMx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION [107]** |

　　　　GOOD CAUSE APPEARING and upon the stipulation of Plaintiff and Defendant Alonso Curiel, the above-captioned action is hereby dismissed with prejudice in its entirety.

　　　　**IT IS SO ORDERED.**

DATED: December 9, 2016　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE